UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUBERT C. PINCON, derivatively on behalf of MERGE HEALTHCARE INCORPORATED,<br><br>                           Plaintiff,<br><br>vs.<br><br>DENNIS BROWN, MATT MALONEY, MICHAEL W. FERRO, JR., JEFFREY A. SURGES, JUSTIN C. DEARBORN, STEVEN M. ORESKOVICH, NEELE STEARNS, JR., RICHARD A. RECK, and NANCY J. KOENIG,<br><br>                          Defendants,<br><br>              - and -<br><br>MERGE HEALTHCARE INCORPORATED, a Delaware corporation,<br><br>                     Nominal Defendant. | Case No. 14 C 1304<br><br>The Honorable Elaine E. Bucklo |

**Plaintiff Hubert C. Pincon's Unopposed Request for Voluntary Dismissal**

Under Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff Hubert Pincon respectfully submits this unopposed request for issuance of the accompanying proposed order dismissing this action. In support of this unopposed request, Mr. Pincon states:

1. On February 21, 2014, Mr. Pincon filed a verified shareholder derivative complaint on behalf of nominal defendant Merge Healthcare Incorporated ("Merge"), alleging claims against Merge's officers and directors for, among other things, breaches of fiduciary duties.

1

2. Because Mr. Pincon's derivative claims arose from some of the same events and transactions giving rise to a related securities-fraud class action against Merge, *Rossy v. Merge Healthcare Incorporated*, No. 14 C 0318 (N.D. Ill.), the proceedings in this derivative action were held in abeyance pending resolution of the motion to dismiss the complaint in *Rossy*.

3. On March 12, 2015, the Court issued an order dismissing the complaint in *Rossy*. No appeals were taken from that order.

4. Merge was acquired by another company in a transaction completed on October 13, 2015. By operation of that transaction, Mr. Pincon is no longer a holder of Merge's common stock.

5. In light of the foregoing material change in circumstances, which occurred after the filing of the derivative complaint, Mr. Pincon no longer wishes to pursue this action.

6. Merge and other defendants do not object to the relief sought in this request.

7. Neither Mr. Pincon nor his counsel have received any consideration in exchange for seeking voluntary dismissal of this action.

WHEREFORE, Mr. Pincon respectfully requests that the Court enter the accompanying proposed order dismissing this action under Rule 41(a)(2), without costs or attorneys' fees to any party.

Dated:  November 5, 2015         Respectfully submitted,

HUBERT C. PINCON, derivatively on behalf of MERGE HEALTHCARE INCORPORATED

           s/ Rowena T. Parma
               Rowena T. Parma

Edward T. Joyce
Rowena T. Parma
THE LAW OFFICE OF
   EDWARD T. JOYCE & ASSOCIATES, P.C.
135 South La Salle Street, Suite 2200
Chicago, Illinois  60603
Telephone:  (312) 641-2600
Facsimile:    (312) 641-0360
Email:          ejoyce@joycelaw.com
               rparma@joycelaw.com

Francis A. Bottini, Jr.
Albert Y. Chang
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Facsimile:    (858) 914-2002
Email:          fbottini@bottinilaw.com
               achang@bottinilaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused the foregoing document was filed electronically with the Clerk of the Court, using the CM/ECF system, which automatically sends notification of such filing to all counsel of record.

s/ Rowena T. Parma<br>
ROWENA T. PARMA